NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAVEN ABDULLAH, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Crim. Action No. 09-360-002 |
| UNITED STATES OF AMERICA, | Civil Action No. 2:11-cv-01199-DMC |
| Defendants. | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter having come before the Court upon the Motion of Petitioner Haven Abdullah, to vacate, set aside, and correct his sentence Ordered by this Court on December 15, 2009, and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this _17_ day of September, 2012;

**ORDERED** that Defendants' Motion to vacate, set aside and correct his sentence is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.: Clerk
cc: All Counsel of Record
    File